# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:10-cv-00142-FDW-DSC

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) ) | |
| Plaintiff, ) | ORDER |
| ) | |
| vs. ) | |
| ) | |
| MCGEE BROTHERS CO., INC., ) | |
| ) | |
| Defendant. ) ) | |

THIS MATTER is before the Court on Defendant's Motion for Extension of Time Contained in the Case Management Order (Doc. No. 18). After reviewing Defendant's Motion and having found good cause shown, Defendant's Motion is GRANTED in part and DENIED in part.

IT IS THEREFORE ORDERED that the parties' deadline to complete discovery is extended to **Monday, January 10, 2011**. Additionally, the parties' deadline to file dispositive motions is likewise extended to **Monday, January 10, 2011**. No other deadlines contained in the Court's Case Management Order (Doc. No. 6) will be effected or extended by this order.

IT IS SO ORDERED.

Signed: December 22, 2010

Frank D. Whitney
United States District Judge