# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Equal Employment Opportunity Commision,

        Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                          3:10-cv-142

McGee Brothers Co, Inc,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Jury Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 26, 2011 Order.

Signed: May 26, 2011

Frank G. Johns, Clerk
United States District Court